BILAL A. ESSAYLI  
Acting United States Attorney  
DAVID M. HARRIS  
Assistant United States Attorney  
Chief, Civil Division  
CEDINA M. KIM  
Assistant United States Attorney  
Senior Trial Attorney, Civil Division  
LISA A. TILLMAN (CAL. SBN 126424)  
Special Assistant United States Attorney  
Program Litigation 1  
Social Security Administration | Law & Policy  
6401 Security Boulevard  
Baltimore, MD 21235  
Telephone: 410-965-5909  
Lisa.A.Tillman@ssa.gov  

JS-6

Attorneys for Defendant

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| KIMBERLY M. RIETH, | Case No. 2:25-cv-04787-AB-SK |
|---|---|
| Plaintiff, | |
| vs. | JUDGMENT RE. VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(G) |
| FRANK BISIGNANO, Commissioner of Social Security, | |
| Defendant. | |

    Having approved the parties' joint stipulation to voluntary remand pursuant to sentence four of 42 U.S.C. § 405(g) and to entry of judgment, THE COURT

1    ADJUDGES AND DECREES that judgment be entered for Plaintiff.

2        DATED: 10/23/2025        _____

3                                            STEVE KIM, U.S. MAGISTRATE JUDGE